

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COLUMBIA STATE BANK, a Washington state banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>DINGHY DANCER, Official No. 931897, its Engines, Machinery, Appurtenances, etc., *In Rem*;<br><br>and<br><br>BRIAN R. BRUMBAUGH, *In Personam*,<br><br>Defendants. | IN ADMIRALTY<br><br>Case No. C09-5093<br><br>~~(PROPOSED)~~<br><br>ORDER AUTHORIZING ISSUANCE OF WARRANT FOR ARREST |

Upon the ex-parte motion of Plaintiff and after review of the record and files herein, and finding that probable cause for arrest exists, it is

ORDERED that the clerk shall issue a warrant for the arrest of the defendant vessel DINGHY DANCER, Official No. 931897, its engines, machinery, appurtenances, etc.

DATED this 19th day of Feb, 2009.

/s/ Robert Bryan
UNITED STATES DISTRICT JUDGE/
UNITED STATES MAGISTRATE



09-CV-05093-ORD

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Presented by:

HOLMES WEDDLE & BARCOTT, P.C.

_(signature)_

John E. Casperson, WSBA #14292
Attorney for Plaintiff

G:\4647\23936\Pldg\Prop Order Arrest.doc

[PROPOSED] ORDER AUTHORIZING
ISSUANCE OF WARRANT FOR ARREST - 2