

09-CV-05093-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COLUMBIA STATE BANK, a Washington state banking corporation<br><br>Plaintiff,<br><br>v.<br><br>DINGHY DANCER, Official No. 931897, its Engines, Machinery, Appurtenances, etc., *In Rem*;<br><br>and<br><br>BRIAN R. BRUMBAUGH, *In Personam*,<br><br>Defendants. | IN ADMIRALTY<br><br>Case No. C09-5093<br><br>(PROPOSED)<br><br>ORDER APPOINTING SUBSTITUTE CUSTODIAN AND AUTHORIZING MOVEMENT AND INSPECTION OF DEFENDANT VESSEL |

Plaintiff, Columbia State Bank by and through its attorneys, John E. Casperson of Holmes Weddle & Barcott, P.C., having appeared, now make the following recitals:

1. On February 18, 2009 the Complaint herein was filed praying that the defendant vessel DINGHY DANCER, Official No. 931897, her engines, machinery, and appurtenances etc. ("Vessel"), be condemned and sold to pay plaintiff's claims and for other proper relief.

(PROPOSED) ORDER APPOINTING SUBSTITUTE
CUSTODIAN AND AUTHORIZING MOVEMENT AND
INSPECTION OF DEFENDANT VESSEL - 1

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

2. In the immediate future, the Clerk of this Court is expected to issue a warrant for arrest of the Vessel, commanding the United States Marshal for this District to arrest and take into custody the Vessel and to detain the same in his custody until further order of this Court respecting same.

3. It is contemplated that the United States Marshal will seize the Vessel forthwith. Custody by the United States Marshal requires the services of one or more keepers at charges substantially in excess of those to be made by the substitute custodian alone, not including charges for moorage and the other services usually associated with safekeeping vessels similar to the defendant Vessel.

4. The Vessel is currently located at Pleasure Craft Marina, 3215 Harborview Dr., Gig Harbor, Washington. Plaintiff is agreeable to allow Paul Piercey to assume the responsibility of safekeeping the Vessel, and Paul Piercey has consented to act as her custodian until further order of this Court. Paul Piercey has also consented to move the Vessel from her current location to a suitable marine facility, if necessary.

5. Paul Piercey, by his certification submitted herewith, states that he can arrange for adequate facilities and supervision for the proper safekeeping of the Vessel as set forth in his certification. Further, in said certification, substitute custodian accepts, in accordance with the terms of this order, possession of the Vessel, her engines, machinery, and appurtenances etc., which is the subject of the action herein.

6. In consideration of the United States Marshal's consent to the appointment of Paul Piercey as substitute custodian, plaintiff agrees to release the United States and the United States Marshal from any and all liability and responsibility arising out of care and custody of the Vessel, from the time the United States Marshal transfers possession of the Vessel over to said substitute custodian, and plaintiff further agrees to hold

(PROPOSED) ORDER APPOINTING SUBSTITUTE
CUSTODIAN AND AUTHORIZING MOVEMENT AND
INSPECTION OF DEFENDANT VESSEL - 2

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

harmless and indemnify the United States and the United States Marshal from any and all claims whatsoever arising out of the substitute custodian's possession and safekeeping.

THEREFORE, IT IS ORDERED that the United States Marshal for the Western District of Washington is authorized, upon seizure of the Vessel, pursuant to Warrant for Arrest, to surrender the possession thereof to Paul Piercey as substitute custodian named herein, and that upon such surrender the United States Marshal shall be discharged from the duties and responsibilities for the safekeeping of the Vessel and held harmless from any and all claims arising whatever out of said custodial services.

IT IS FURTHER ORDERED that Paul Piercey is appointed substitute custodian of the Vessel and shall retain the Vessel in his custody for possession and safekeeping until further order of this Court and that Paul Piercey may move the Vessel from her current location to a secure facility within the district, if necessary. All costs for such movement shall be paid by plaintiff, and may, upon further order of this Court, be deemed administrative costs herein.

IT IS FURTHER ORDERED that the substitute custodian may permit boarding and inspection of the Vessel by marine surveyors, representatives of plaintiff and prospective purchasers in order to determine the Vessel's condition and value. All costs of such boardings and inspections shall be paid by the party permitted to board and inspect the vessel or may, upon further order of this Court, be deemed administrative costs herein. All persons entering on board the Vessel shall execute a waiver and release in the form attached hereto.

IT IS FURTHER ORDERED that plaintiff's attorney serve a copy of this order on the owner of the Vessel or the owner's agent.

(PROPOSED) ORDER APPOINTING SUBSTITUTE
CUSTODIAN AND AUTHORIZING MOVEMENT AND
INSPECTION OF DEFENDANT VESSEL - 3

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

It is further requested that the Clerk of this Court deliver three certified copies of this order to the United States Marshal forthwith.

DATED this 19th day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

HOLMES WEDDLE & BARCOTT, P.C.

_____
John E. Casperson, WSBA #14292
Attorney for Plaintiff

Approved for Entry: Michele Stultner for

William J. Hawe
UNITED STATES MARSHAL
Western District of Washington

(PROPOSED) ORDER APPOINTING SUBSTITUTE
CUSTODIAN AND AUTHORIZING MOVEMENT AND
INSPECTION OF DEFENDANT VESSEL - 4